1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00255 TLN |
   |---|---|
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
13 | v. | |
14 | EMILIO MONTIEL-DELGADO, aka Emilio Montiel, | |
15 | Defendant. | |

16

17
                                    **STIPULATION**
18
        Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19
   through his counsel of record, hereby stipulate as follows:
20
        1.    By previous order, this matter was set for status on October 31, 2013.
21
        2.    By this stipulation, defendant now moves to continue the status conference until
22
   November 14, 2013, and to exclude time between October 31, 2013, and November 14, 2013, under
23
   Local Code T4.  Plaintiff does not oppose this request.
24
        3.    The parties agree and stipulate, and request that the Court find the following:
25
              a)    The government has represented that the discovery associated with this case
26
   includes 95 pages of documents from the defendant's A-file.  All of this discovery has been
27
   either produced directly to counsel and/or made available for inspection and copying.
28

   Stipulation and  Order Continuing Status Conf. &        1
   Excluding Time Under Speedy Trial Act

b)  The Pre-Plea Presentence Investigation Report was issued on October 25, 2013, and counsel for defendant desires additional time to request corrections and/or substantive adjustments to the Pre-Plea Presentence Investigation Report in advance of any possible change of plea and request for sentencing. The government has reserved the right to respond to any such requests by the defendant.  The Pre-Plea Presentence Investigation Report is central to any possible change of plea because the standard plea agreement in "Fast-Track" immigration cases contemplates that changes of plea and sentencing occur on the same day.

c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 31, 2013, to November 14, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

////
////
////
////
////
////
////
////

Stipulation and  Order Continuing Status Conf. &
Excluding Time Under Speedy Trial Act

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 28, 2013                         BENJAMIN B. WAGNER
                                                 United States Attorney


                                                  /s/ Nirav K. Desai
                                                 NIRAV K. DESAI
                                                 Assistant United States Attorney


Dated:  October 28, 2013                          /s/ Erin Radekin (as authorized on Oct. 28, 2013)
                                                 ERIN RADEKIN, ESQ.
                                                 Counsel for Defendant

## ORDER

IT IS SO FOUND AND ORDERED this 29th day of October, 2013

                                                 _____
                                                 Troy L. Nunley
                                                 United States District Judge